1
2
3
4
5
6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TESFAYE TEGEGNEWERK ALEMEYAZ,<br><br>                           Plaintiff,<br><br>            v.<br><br>KRISTI NOEM, *et al.*,<br><br>                           Defendants. | Case No. 2:25-cv-01122-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

DATED this 13th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | THE LAW OFFICES OF KARIN TOLGU, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  (253) 428-3824<br>Fax:      (253) 428-3826<br>Email:   michelle.lambert@usdoj.gov | *s/ Karin Tolgu*<br>Karin Tolgu, WSBA 42647<br>110 Prefontaine Pl S.<br>Ste. 304<br>Seattle, WA 98104<br>Phone: (206) 218-9472<br>Email: Karin@karintolgulaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. It is so **ORDERED**.

DATED this 2nd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE